1  ZACH COWAN, City Attorney             SBN 96372
   MARK J. ZEMBSCH, Deputy City Attorney  SBN 127901
2  MZembsch@ci.berkeley.ca.us
   2180 Milvia Street, Fourth Floor
3  Berkeley, CA 94704
   TEL.:  (510) 981-6998
4  FAX.:  (510) 981-6960

5  Attorneys for Defendants
   CITY OF BERKELEY and DAVID HODGKINS
6
   DAVID M. POORE                         SBN 192541
7  KAHN BROWN & POORE LLP
   DPoore@kahnbrownlaw.com
8  2200 Powell St., Suite 745
   Emeryville, California  94608
9  TEL:  (510) 923-6280
   FAX:  (510) 923-6285
10
   Attorneys for Plaintiff
11 TIMOTHY GARDNER

12

13

14                    UNITED STATES DISTRICT COURT

15                    NORTHERN DISTRICT OF CALIFORNIA

16

17 TIMOTHY GARDNER,                        NO.  C10-03410 EMC

18         Plaintiff,

                                           STIPULATION AND [PROPOSED]
19    vs.                                  ORDER TO EXTEND DATE FOR ADR
                                           AND CONTINUE CASE MANAGEMENT
20 CITY OF BERKELEY, DAVID HODGKINS;       CONFERENCE
   DOUG HAMBLETON; ROY MEISNER;
21 BOBBY MILLER,
                                           Complaint Filed:  June 25, 2010
           Defendants.                     Removed to Federal Court:  Aug. 3, 2010
22

23                                  **STIPULATION**

24       The parties hereby stipulate through there undersigned counsel that the (1) last day to

25 meet and confer re initial disclosures, early settlement, and the ADR process selection, and

26 discovery plan, (2) file ADR Certification and (3) file either Stipulation to ADR Process or

27 Notice of Need for ADR Phone Conference be extended from October 27, 2010 to November 10,

28 2010.

1  The parties also stipulate that the last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file the Joint Case Management Statement be continued from November 10, 2010 to November 24, 2010.

 The parties also stipulate that the next Case Management Conference be continued from November 17, 2010 to December 1, 2010.

 There is good cause for the stipulation to extend time as follows:  Mark Zembsch is the primary attorney representing defendants in this case.  Mr. Zembsch will be completely unavailable from October 21 through November 1, 2010, as he will be on the east coast attending to a family member's surgery.  Further, Mr. Zembsch has an annual professional commitment out of the local area November 17-19, 2010.

Respectfully submitted:

ZACH COWAN, City Attorney
MARK J. ZEMBSCH, Deputy City Attorney


Dated:   October 5, 2010.        By:              /s/

MARK J. ZEMBSCH, Deputy City Attorney
Attorneys for City of Berkeley and David Hodgkins


Respectfully submitted:

KAHN BROWN & POORE LLP


Dated:   October 5, 2010.        By:              /s/

DAVID M. POORE
Attorney for Plaintiff Timothy Gardner

**ORDER**

THE FOREGOING STIPULATION
IS APPROVED AND IS SO ORDERED.


DATE:  10/18/10

ED___
United ___

IT IS SO ORDERED
Judge Edward M. Chen

2
STIPULATION AND [PROPOSED] ORDER TO EXTEND ___ FOR ADR AND CONTINUE CASE
MANAGEMENT CONFERENCE - C10-03410 EMC