| | |
|---|---|
| ZACH COWAN, City Attorney | SBN 96372 |
| MARK J. ZEMBSCH, Deputy City Attorney | SBN 127901 |
| MZembsch@ci.berkeley.ca.us | |
| 2180 Milvia Street, Fourth Floor | |
| Berkeley, CA 94704 | |
| TEL.: (510) 981-6998 | |
| FAX.: (510) 981-6960 | |

Attorneys for Defendants
CITY OF BERKELEY and DAVID HODGKINS

| | |
|---|---|
| DAVID M. POORE | SBN 192541 |
| BROWN | POORE LLP | |
| DPoore@bplegalgroup.com | |
| 2200 Powell St., Suite 745 | |
| Emeryville, California 94608 | |
| TEL: (510) 923-6280 | |
| FAX: (510) 923-6285 | |

Attorneys for Plaintiff
TIMOTHY GARDNER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY GARDNER,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF BERKELEY, DAVID HODGKINS;<br>DOUG HAMBLETON; ROY MEISNER;<br>BOBBY MILLER,<br><br>Defendants. | NO. C10-03410 EMC<br><br>**STIPULATION FOR DISMISSAL; AND [PROPOSED] ORDER**<br><br><br><br>Complaint Filed: June 25, 2010<br>Removed to Federal Court: Aug. 3, 2010 |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice as to defendants ROY MEISNER and BOBBY MILLER, pursuant to FRCP 41 (a) (1). Each party to bear its own attorney fees and costs.

1     SO STIPULATED.

Respectfully submitted:

ZACH COWAN, City Attorney
MARK J. ZEMBSCH, Deputy City Attorney

Dated: April 26, 2011.  By: _____/s/_____
MARK J. ZEMBSCH, Deputy City Attorney
Attorneys for City of Berkeley and David Hodgkins

Respectfully submitted:

BROWN | POORE LLP

Dated: April 26, 2011.  By: _____/s/_____

DAVID M. POORE
Attorney for Plaintiff Timothy Gardner

IT IS SO ORDERED.

DATED: May 2, 2011

*IT IS SO ORDERED*
*Judge Edward M. Chen*
(United States District Court, Northern District of California seal)