ZACH COWAN, City Attorney  SBN 96372
MARK J. ZEMBSCH, Deputy City Attorney  SBN 127901
MZembsch@ci.berkeley.ca.us
2180 Milvia Street, Fourth Floor
Berkeley, CA 94704
TEL.:  (510) 981-6998
FAX.:  (510) 981-6960

Attorneys for Defendants
CITY OF BERKELEY and DAVID HODGKINS

EDWARD W. BURNS  SBN 201913
MELISSA L. RODRIGUEZ  SBN 201733
BURNS, SCHALDENBRAND & RODRIGUEZ
EWBurns@bsrlawyers.com
1155 Sportfisher Dr., Suite 120
Oceanside, CA 92045
TEL:  (760) 453-2189
FAX:  (760) 453-2194

Attorneys for Plaintiff
TIMOTHY GARDNER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY GARDNER, <br><br> Plaintiff, <br><br> vs. <br><br> CITY OF BERKELEY, DAVID HODGKINS; DOUG HAMBLETON; ROY MEISNER; BOBBY MILLER, <br><br> Defendants. | **NO.  C10-03410 EMC** <br><br> **STIPULATION AND [PROPOSED] ORDER TO EXTEND DATE FOR SUMMARY JUDGMENT HEARING AND BRIEFING; AND CONTINUE CASE MANAGEMENT CONFERENCE** <br><br> Complaint Filed:  June 25, 2010 <br> Removed to Federal Court:  Aug. 3, 2010 |

**STIPULATION**

The parties hereby stipulate through their undersigned counsel that the **non-expert discovery cut-off be extended as follows**:

1

STIPULATION AND [PROPOSED] ORDER TO EXTEND DATE FOR SUMMARY JUDGMENT HEARING AND BRIEFING; AND CONTINUE CASE MANAGEMENT CONFERENCE ~ C10-03410 EMC

1    The City will depose Plaintiff on October 14, 2011.  Plaintiff may depose the following
2  five witnesses, beginning October 17, 2011:  David Hodgkins, Doug Hambleton, Dave Frankel,
3  Eric Gustafson and Jen Louis.
4    The parties also hereby stipulate through their undersigned counsel that the **expert**
5  **discovery cut-off be extended as follows**:
6    November 7, 2011:    Expert's opening reports
7    November 21, 2011:   Rebuttal reports
8    December 5, 2011:    Expert discovery cut-off.
9    The parties also stipulate that the hearing for the **Motion for Summary Judgment and the**
10  **Case Management Conference be continued from December 2, 2011 to December ~~16,~~ 23, 2011**. at 1:30 p.m.
11    Parties propose the following briefing schedule:
12    November 16, 2011:  Defendant's Summary Judgment Motion Filed
13    November 30, 2011:  Plaintiff's Opposition to Summary Judgment Motion Filed
14    December 7, 2011:   Defendant's Reply to Summary Judgment Motion Filed
15    **GOOD CAUSE EXISTS** for the stipulation to extend time as follows:  Plaintiff's counsel
16  was substituted in less than one week prior to the original discovery cut-off.  Plaintiff's previous
17  counsel had failed to comply with Defendant's discovery requests, requests that were necessary for
18  an efficient deposition of plaintiff.  Further, Plaintiff's previous counsel had failed to properly notice
19  any depositions prior to the original discovery cut-off.  Allowing for limited depositions to be taken
20  after the discovery cut-off; a short extension of expert discovery; and a two-week continuance of the
21  hearing on the motion for summary judgment (with a modified briefing schedule) promotes the
22  interests of justice and will result in no prejudice to any party.

                                    Respectfully submitted:

                                    ZACH COWAN, City Attorney
                                    MARK J. ZEMBSCH, Deputy City Attorney


 Dated:   October 7, 2011            By:              /s/
                                    MARK J. ZEMBSCH, Deputy City Attorney
                                    Attorneys for City of Berkeley and David Hodgkins

Respectfully submitted:

BURNS, SCHALDENBRAND & RODRIGUEZ

Dated:   October 7, 2011          By:_____/s/_____

EDWARD W. BURNS
Attorney for Plaintiff Timothy Gardner

THE FOREGOING STIPULATION
IS APPROVED AND IS SO ORDERED.   (as amended)

DATE:   10/12/11   _____

United S_____

**IT IS SO ORDERED AS MODIFIED**
Judge Edward M. Chen

3

STIPULATION AND [PROPOSED] ORDER TO EXTEND DATE FOR SUMMARY JUDGMENT HEARING AND BRIEFING; AND CONTINUE CASE MANAGEMENT CONFERENCE ~ C10-03410 EMC