ZACH COWAN, City Attorney  SBN 96372
MARK J. ZEMBSCH, Deputy City Attorney  SBN 127901
MZembsch@ci.berkeley.ca.us
2180 Milvia Street, Fourth Floor
Berkeley, CA 94704
TEL.:  (510) 981-6998
FAX.:  (510) 981-6960

Attorneys for Defendants
CITY OF BERKELEY and DAVID HODGKINS

EDWARD W. BURNS  SBN 201913
MELISSA L. RODRIGUEZ  SBN 201733
BURNS, SCHALDENBRAND & RODRIGUEZ
EWBurns@bsrlawyers.com
1155 Sportfisher Dr., Suite 120
Oceanside, CA 92045
TEL:   (760) 453-2189
FAX:  (760) 453-2194

Attorneys for Plaintiff
TIMOTHY GARDNER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY GARDNER,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF BERKELEY, DAVID HODGKINS; DOUG HAMBLETON; ROY MEISNER; BOBBY MILLER,<br><br>Defendants. | **NO.  C10-03410 EMC**<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND EXPERT DISCOVERY CUT-OFF**<br><br>Complaint Filed:  June 25, 2010<br>Removed to Federal Court:  Aug. 3, 2010 |

**STIPULATION**

The parties hereby stipulate through their undersigned counsel that the **expert discovery cut-off be extended as follows**:

November 21, 2011:  Expert's opening reports

December 5, 2011:  Rebuttal reports

1

December 19, 2011: Expert discovery cut-off.

**GOOD CAUSE EXISTS** for the stipulation to extend time as follows: The Parties have one additional item of non-expert discovery remaining (the deposition of Eric Gustafson, scheduled for November 15, 2011). Thus, allowing the Parties a short period of time after non-expert discovery closes in order to complete expert discovery promotes the interests of justice and will result in no prejudice to any party.

Respectfully submitted:

ZACH COWAN, City Attorney
MARK J. ZEMBSCH, Deputy City Attorney

Dated:   November 2, 2011          By:            /s/
                                   MARK J. ZEMBSCH, Deputy City Attorney
                                   Attorneys for City of Berkeley and David Hodgkins

Respectfully submitted:

BURNS, SCHALDENBRAND & RODRIGUEZ

Dated:   November 2, 2011          By:            /s/
                                   EDWARD W. BURNS
                                   Attorney for Plaintiff Timothy Gardner

THE FOREGOING STIPULATION
IS APPROVED AND IS SO ORDERED.

DATE:  11/4/11

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen