Zach Cowan, City Attorney                SBN 96372
Mark J. Zembsch, Deputy City Attorney    SBN 124491
BERKELEY CITY ATTORNEY'S OFFICE
2180 Milvia Street, Fourth Floor
Berkeley, CA 94704
Telephone: (510) 981-6998
Facsimile: (510) 981-6960
Email: MZembsch@ci.berkeley.ca.us

Attorneys for Defendants
CITY OF BERKELEY and DAVID HODGKINS

EDWARD W. BURNS                          SBN 201913
MELISSA L. RODRIGUEZ                     SBN 201733
BURNS, SCHALDENBRAND & RODRIGUEZ
1155 Sportfisher Dr., Suite 120
Oceanside, CA 92045
Telephone: (760) 453-2189
Facsimile: (760) 453-2194
Email: EWBurns@bsrlawyers.com

Attorneys for Plaintiff
TIMOTHY GARDNER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY GARDNER,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF BERKELEY, DAVID HODGKINS;<br>DOUG HAMBLETON; ROY MEISNER;<br>BOBBY MILLER,<br><br>Defendants. | NO. C10-03410 EMC<br><br>**STIPULATED DISMISSAL AND [PROPOSED] ORDER**<br><br>Complaint Filed: June 25, 2010<br>Removed to Federal Court: Aug. 3, 2010 |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed without prejudice

as to defendants DAVID HODGKINS and DOUG HAMBLETON, pursuant to FRCP 41(a)(1). Each party to bear its own attorney fees and costs.

IT IS SO STIPULATED.

Respectfully submitted,

BURNS, SCHALDENBRAND & RODRIGUEZ

DATED: November 10, 2011.

/s/
EDWARD W. BURNS
Attorneys for Plaintiff TIMOTHY GARDNER

ZACH COWAN, City Attorney
MARK J. ZEMBSCH, Deputy City Attorney

DATED: November 10, 2011.

/s/
Mark J. Zembsch
Attorneys for Defendants CITY OF BERKELEY and DAVID HODGKINS

THE FOREGOING STIPULATION IS APPROVED AND IS SO ORDERED.

DATE: 11/16/11

IT IS SO ORDERED
Judge Edward M. Chen