Karen H. Kahn, SBN 98404
LAW OFFICES OF KAREN H. KAHN
1646 N. California Blvd., #600
Walnut Creek, CA 94596
Telephone: (925) 279-3009
Facsimile: (925) 279-3342
kkahn@kahnlawoffices.com

Lien Claimant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY GARDNER,<br><br>  Plaintiff,<br><br>v.<br><br>CITY OF BERKELEY; et al.,<br><br>  Defendants. | Case No. 3:10-cv-03410-EMC<br><br>**NOTICE OF WITHDRAWAL OF FIRST ATTORNEY LIEN** |

PLEASE TAKE NOTICE that Karen Kahn, Esq., formerly of Kahn Brown & Poore LLP[1], hereby withdraws her first Attorney Lien in this case.

Dated: November 15, 2011         LAW OFFICES OF KAREN H. KAHN

                                 By: _____
                                     Karen H. Kahn, Esq.- Lien Claimant

---

[1] Kahn Brown & Poore LLP's firm name was changed to Brown | Poore LLP during this litigation.

-1-

NOTICE OF FIRST ATTORNEY LIEN
GARDNER V. CITY OF BERKELEY ET. AL.         CASE NO. 3:10-CV-03410-EMC