ZACH COWAN, City Attorney  SBN 96372
MARK J. ZEMBSCH, Deputy City Attorney  SBN 127901
MZembsch@ci.berkeley.ca.us
2180 Milvia St., Fourth Floor
Berkeley, CA 94704
Telephone: (510) 981-6998
Facsimile: (510) 981-6960

Attorneys for Defendant
CITY OF BERKELEY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TIMOTHY GARDNER,

    Plaintiff,

  vs.

CITY OF BERKELEY,

    Defendant.

Case No. C10-03410 EMC

DEFENDANT CITY OF BERKELEY'S OBJECTIONS TO EVIDENCE AND THE DECLARATION OF CHRISTINE KNOWLTON SUBMITTED IN SUPPORT OF PLAINTIFF'S OPPOSITION TO CITY'S MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, SUMMARY ADJUDICATION.

| Material Objected To | Grounds for Objection | Ruling on the Objection |
| --- | --- | --- |
| Declaration of Christine Knowlton In Support of Plaintiff Timothy Gardner's Opposition to Summary Judgment ¶ 1 "As part of receiving a disability retirement and pension, I was required by the City of Berkeley to sign a document stating that I was resigning from the police department." | Declarant's statements regarding the content of a writing are inadmissible to prove the contents of the writing per the best evidence rule. (Fed. R. Evid. ("FRE") 1002). | Sustained: _____<br><br>Overruled: _____ |

//

//

1  City will respectfully request the court at the hearing on the motion to sustain the above
2  objections and to strike the evidence referred to above.

3
4  Dated: December 7, 2011.        Respectfully submitted:

5                                  ZACH COWAN, City Attorney
                                   MARK J. ZEMBSCH, Deputy City Attorney
6

7
                           By:     _____/s/_____
8                                  MARK J. ZEMBSCH, Deputy City Attorney
                                   Attorneys for City of Berkeley
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27                                          2
     DEFENDANT CITY OF BERKELEY'S OBJECTIONS TO EVIDENCE AND THE DECLARATION OF
28                    CHRISTINE KNOWLTON ~ Case No. C10-03410 EMC