Edward Burns, SBN 201913
BURNS, SCHALDENBRAND, & RODRIGUEZ
1155 Sportfisher Drive, Suite 120
Oceanside, CA 92045
TEL.: (760) 453-2189
FAX.: (760) 453-2194
ewburns@bsrlawyers.com

Attorney for Plaintiff, TIMOTHY GARDNER

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY GARDNER,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY OF BERKELEY; DAVID HODGKINS; DOUG HAMBLETON; ROY MEISNER; BOBBY MILLER; and DOES 1 through 50, inclusive,<br><br>    Defendants | No.: C10-03410 EMC<br><br>NOTICE OF ASSOCIATION OF COUNSEL ON BEHALF OF TIMOTHY GARDNER |

TO THE HONORABLE COURT, TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

///

///

///

///

///

**NOTICE OF ASSOCIATION OF COUNSEL**

1

PLEASE TAKE NOTICE that following attorney is associating in as counsel of record for plaintiff Timothy Gardner in the above-entitled action:

Lawrence D. Murray, Esq.

Lawrence D. Murray & Associates

1781 Union Street

San Francisco, CA 94123

Telephone (415) 673-0555

Facsimile (415) 928-4084

Electronic mail: unionstlaw@aol.com

All documents served and/or filed in this action should be directed to Lawrence D. Murray as well as plaintiff's existing counsel, Burns, Schaldenbrand & Rodriguez and Kacey Gardner.

Dated: December 21, 2011          BURNS, SCHALDENBRAND & RODRIGUEZ

By:___/s/_____
Edward Burns, Esq.
Attorneys for Plaintiff
TIMOTHY GARDNER

**NOTICE OF ASSOCIATION OF COUNSEL**

# PROOF OF SERVICE
### (FED.R.CIV.P 5)

USDC Northern District of California
Case No. C10-03410 EMC

I am employed in the county aforesaid; I am over the age of eighteen and not a party to the within action. My business address is Burns, Schaldenbrand & Rodriguez, 1155 Sportfisher Drive, Ste.120, Oceanside, California 92054.

On December 21, 2011, I served true copies of the foregoing documents described as: NOTICE OF ASSOCIATION OF COUNSEL ON BEHALF OF PLAINTIFF on the interested parties in this action addressed as follows:

(X)  BY ELECTRONIC MAIL: I served the foregoing document via electronic service through the electronic filing for the United States District court, Northern District

Mark Zembsch, Esq.
City of Berkeley
Office of City Attorney
MZembsch@ci.berkeley.ca.us


Kacey Lynn Gardner, Esq.
7 4th St Ste 55
Petaluma, CA 94952
kaceygardner@comcast.net

(X)  BY U.S. MAIL: The documents were placed in sealed, addressed envelopes on the above date and placed for collection/mailing at my place of business. I am "readily familiar" with the firm's practice of collecting and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Oceanside, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

( )  BY OVERNIGHT DELIVERY: The documents were placed in sealed, addressed packaging for overnight delivery on this date in the ordinary course of business, with all charges to be paid by my employer, to be deposited in a facility maintained by the overnight delivery carrier, or delivered to a courier or driver authorized by the overnight delivery carrier to receive such packages.

( )  BY FACSIMILE TRANSMISSION: The documents were placed for transmission in a fax machine located in my employer's office, and were transmitted to fax numbers as shown above or on the attached service list on this same date in the ordinary course of business. A record of the transmission(s) was properly issued by the transmitting fax machine as being complete and without error.

**NOTICE OF ASSOCIATION OF COUNSEL**

3

(X)     (FEDERAL ONLY) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

(X)     (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on December 21, 2011, at Oceanside, California.

/s/ Edward W. Burns
Edward W. Burns

NOTICE OF ASSOCIATION OF COUNSEL

4