**In the United States District Court
for the Northern District of California
District Judge Edward M. Chen**

**AMENDED CIVIL MINUTES**

**Date:** December 23, 2011     **Time:** 2:42-3:19 p.m.
                                                    **Court Reporter:** Kathy Sullivan
                                                                                              (415) 794-6659

**Case No. and Name:** C10-3410 EMC Gardner v. City of Berkeley, et al.

**Attorneys:** Lawrence Murray and Kacey Gardner for Plaintiff
Mark Zembsch for Defendants

**Deputy Clerk:** Betty Lee

**PROCEEDINGS:**

- Defendants' motion for summary judgment #41

**SUMMARY:**

- Court took matter under submission and will issue order. Trial has already been set for 2/21/12 at 8:30 a.m. This case is referred to a magistrate judge for settlement conference. Settlement conference is to be completed before 1/31/2012.

**cc:** Mag Ref/Brenda/Ellen