UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY GARDNER,<br><br>        Plaintiff,<br><br>   vs.<br><br>CITY OF BERKELEY; DAVID HODGKINS; DOUG HAMBLETON; ROY MEISNER; BOBBY MILLER; and DOES 1 through 50, inclusive,<br><br>        Defendants | **No.: C10-03410 EMC**<br><br>**ORDER GRANTING PLAINTIFF TIMOTHY GARDNER'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

      This matter comes before the Court on Plaintiff Timothy Gardner's Motion to File under Seal pursuant to Civil Local Rules 7-11 and 79-5. Upon consideration of Plaintiff's Motion and the record in support thereof, it is hereby ORDERED that Plaintiff's Motion is **GRANTED**.

      Counsel is directed to electronically file those documents under seal pursuant to General Order 62. Counsel may obtain more information about electronically filing documents under seal via the Court website (www.cand.uscourts.gov) and also the Court's ECF website (https://ecf.cand.uscourts.gov/cand/index.html).

      This order disposes of Docket No. 84.

      IT IS SO ORDERED.

Dated: January 18, 2012

                                                    _____
                                                   HON. EDWARD M. CHEN
                                                   UNITED STATES DISTRICT JUDGE

[Stamp: IT IS SO ORDERED AS MODIFIED — Judge Edward M. Chen]