UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY GARDNER,<br><br>        Plaintiffs,<br><br>    v.<br><br>CITY OF BERKELEY,<br><br>        Defendants.<br>_____/ | No. C-10-3410 EMC<br><br>**ORDER OVERRULING EVIDENTIARY OBJECTIONS** |

For the purposes of this summary judgment motion, the Court relied upon the following evidence that were the subject of objections:

- Mark Zembsch Declaration, Exhibit E
- Mark Zembsch Declaration, Exhibit O
- Erik Upson Declaration ¶¶ 2, 3
- Kevin Schofield Declaration ¶ 5
- Douglas Hambleton Declaration ¶¶ 4, 5
- Eric Gustafson Declaration ¶ 13
- David Hodgkins Declaration ¶ 4
- Matt Morizono Declaration ¶¶ 4, 5
- David Frankel Declaration ¶¶ 2, 3.
- Timothy Gardner Declaration ¶¶ 5, 6, 13, 14, 23
- Christine Knowlton Declaration ¶ 1
- Sean McCann Declaration ¶ 6

As to these statements, the objections are overruled. All other objections are deemed moot.

    IT IS SO ORDERED.

Dated: January 18, 2012

_____
EDWARD M. CHEN
United States District Judge