1 | Kacey Gardner  (SBN 168299)
LAW OFFICES OF KACEY GARDNER
2 | kaceygardner@comcast.net
7 Fourth Street, Suite 7
3 | Petaluma, CA 94952
Tel:     (760) 453-2189
4 | Fax:    (760) 453-2194

5 | Lawrence D. Murray (SBN 77536)
Robert Strickland (SBN 243757)
6 | MURRAY & ASSOCIATES
daydrmn@aol.com
7 | 1781 Union Street
San Francisco, CA  94123
8 | Tel:    (415) 673-0555
Fax:    (415) 928-4084

ATTORNEYS FOR PLAINTIFF
TIMOTHY GARDNER

ZACH COWAN, City Attorney (SBN 96372)
SARAH REYNOSO, Assistant City Attorney (SBN 120277)
MARK J. ZEMBSCH, Deputy City Attorney (SBN 127901)
MZembsch@ci.berkeley.ca.us
2180 Milvia Street, Fourth Floor
Berkeley, CA 94704
Tel.:    (510) 981-6998
Fax:    (510) 981-6960

ATTORNEYS FOR DEFENDANT
CITY OF BERKELEY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY GARDNER,<br><br>            Plaintiff,<br>vs.<br><br>CITY OF BERKELEY,<br><br>            Defendant. | No.  C10-03410 EMC<br><br>**NOTICE OF SETTLEMENT AND REQUEST TO VACATE TRIAL AND TRIAL-RELATED DEADLINES** ; ORDER VACATING DATES AND SETTING CMC |

PLEASE TAKE NOTICE that the parties have settled the above-captioned matter and hereby

request to vacate the trial date of February 21, 2012 and all trial-related deadlines, including the February 10, 2012 Pre-Trial Conference.

    Per the terms on the Settlement Agreement, the parties anticipate filing a Stipulation for Dismissal in early March 2012.

                                               Respectfully submitted,

Dated: February 1, 2012　　　　　　　　　　/s/ Kacey Gardner_____
　　　　　　　　　　　　　　　　　　　　　Kacey Gardner
　　　　　　　　　　　　　　　　　　　　　LAW OFFICES OF KACEY GARDNER
　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff TIMOTHY GARDNER

Dated: February 1, 2012　　　　　　　　　　/s/ Lawrence D. Murray_____
　　　　　　　　　　　　　　　　　　　　　Lawrence D. Murray
　　　　　　　　　　　　　　　　　　　　　MURRAY & ASSOCIATES
　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff TIMOTHY GARDNER

Dated: February 1, 2012　　　　　　　　　　/s/_____
　　　　　　　　　　　　　　　　　　　　　Mark Zembsch
　　　　　　　　　　　　　　　　　　　　　Deputy City Attorney
　　　　　　　　　　　　　　　　　　　　　ZACH COWAN, City Attorney
　　　　　　　　　　　　　　　　　　　　　SARAH REYNOSO, Assistant City Attorney
　　　　　　　　　　　　　　　　　　　　　MARK J. ZEMBSCH, Deputy City Attorney

IT IS SO ORDERED that the trial and trial related dates are hereby vacated. A further CMC is set for 4/6/12 at 10:30 a.m. An updated joint CMC statement shall be filed by 3/30/12. The 4/6/12 CMC will be vacated once a stipulation for dismissal is filed.

_____
Edward M. Chen
U.S. District