1  Kacey Gardner  (SBN 168299)
   LAW OFFICES OF KACEY GARDNER
2  kaceygardner@comcast.net
   7 Fourth Street, Suite 7
3  Petaluma, CA 94952
   Tel:    (707) 495-7026
4  Fax:    (707) 763-4903

5  Lawrence D. Murray (SBN 77536)
   Robert Strickland (SBN 243757)
6  MURRAY & ASSOCIATES
   daydrmn@aol.com
7  1781 Union Street
   San Francisco, CA  94123
8  Tel:    (415) 673-0555
   Fax:    (415) 928-4084

9  ATTORNEYS FOR PLAINTIFF
   TIMOTHY GARDNER
10

11 ZACH COWAN, City Attorney (SBN 96372)
   SARAH REYNOSO, Assistant City Attorney (SBN 120277)
   MARK J. ZEMBSCH, Deputy City Attorney (SBN 127901)
12 MZembsch@ci.berkeley.ca.us
   2180 Milvia Street, Fourth Floor
13 Berkeley, CA 94704
   Tel.:    (510) 981-6998
14 Fax:    (510) 981-6960

15 ATTORNEYS FOR DEFENDANT
   CITY OF BERKELEY
16

17

18                    UNITED STATES DISTRICT COURT

19                   NORTHERN DISTRICT OF CALIFORNIA

20

21 TIMOTHY GARDNER,                          No.  C10-03410 EMC

22              Plaintiff,

23      vs.                                  **STIPULATION AND [PROPOSED]**
                                             **ORDER TO DISMISS COMPLAINT**
24 CITY OF BERKELEY,                         **WITH PREJUDICE**

25              Defendant.

26

27

28

                                     1

1

**STIPULATION**

2

3        Plaintiff Timothy Gardner, Kacey Gardner, his attorney herein, and Defendant City of

4   Berkeley, through its attorney herein, Mark J. Zembsch, hereby stipulate that plaintiff's entire

5   Complaint is hereby dismissed with prejudice.  Each party is to bear their own costs and

6   attorney's fees.

Dated:   March 19, 2012.              Respectfully submitted:

7                                     ZACH COWN, City Attorney
                                      SARAH REYNOSO, Assistant City Attorney
8                                     MARK J. ZEMBSCH, Deputy City Attorney

9

10                          By:       _____/s/_____
                                      MARK J. ZEMBSCH
11                                    Attorneys for Defendant City of Berkeley

12
    Dated:  March 19, 2012            LAW OFFICES OF KACEY GARDNER
13
                            By:
14                                    _____/s/_____
                                      KACEY GARDNER
15                                    Attorney for Plaintiff Timothy Gardner

16

17

18        **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

19

20   Dated:  _____March 20, 2012_____

21

22                                    EDWARD
                                      United States

23

24

25

26

27

28

---

2

STIPULATION AND [PROPOSED] ORDER TO DISMISS COMPLAINT WITH PREJUDICE
Case No. C10-03410 EMC